JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
LESLEY FARBY
Assistant Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
Pennsylvania Bar No. 200663
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12002
Washington, DC 20530
Tel: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Attorneys for Intervenor United States of America*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlos D. Travieso, | **2:20-cv-00523-SMB** |
| Plaintiff, | **NOTICE OF AUTHORITY** |
| vs. | |
| GLOCK, *et al.*, | |
| Defendants. | |

In the brief filed by the United States in this matter, *see* ECF No. 30, the United States noted to the Court the existence of a decision of an intermediate state appellate court in Pennsylvania, *Gustafson v. Springfield, et al.*, slip op. 38-40, 57-59, 2020 PA Super. 239, No. 207-WDA-2019 (Sept. 28, 2020).

This decision, which was issued the day before the filing of the United States's brief, is also the subject of Plaintiff's Notice of Supplemental Authority, ECF No. 31.

The United States now writes to provide this Court with notice that the appellate

opinion in *Gustafson* has been withdrawn, pursuant to a *per curiam* order of that court. *See* No. 207-WDA-2019 (Pa. Super. Ct. Dec. 3, 2020) (attached as Exhibit A).

The appeal in *Gustafson* is now set to be listed before the "next available *en banc* panel" of the Pennsylvania Superior Court, with new briefing to occur prior to hearing. *See id.*

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| December 7, 2020 | JEFFREY BOSSERT CLARK |
| | Acting Assistant Attorney General |
| | |
| | LESLEY FARBY |
| | Assistant Branch Director |
| | |
| | By: */s/ Eric J. Soskin* |
| | ERIC J. SOSKIN |
| | Senior Trial Counsel |
| | U.S. Department of Justice |
| | Civil Division, Federal Programs Branch |
| | *Attorneys for Defendant* |
| | *United States of America* |