TORGENSON LAW
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
333 W. Roosevelt St.
Phoenix, AZ 85003
Telephone: (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

BRADY
Jonathan E. Lowy (pro hac vice granted)
Thomas P. Lane (pro hac vice motion to be filed)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: 202-370-8104
jlowy@bradyunited.org
tlane@bradyunited.org

*Attorneys for Plaintiff Carlos Daniel Travieso*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GLOCK, Inc., a Georgia Corporation; GLOCK GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00523-SMB<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO REOPEN THE CASE AS TO DEFENDANT GLOCK GMBH** |

**Plaintiff's Unopposed Motion to Reopen the Case as to Defendant Glock GmbH**

Plaintiff respectfully requests that this Court reopen Plaintiff's case against Defendant Glock GmbH by reversing the improper dismissal of claims against Glock GmbH. Counsel for Plaintiff and Defendant Glock Inc. agree that the dismissal of claims against Glock GmbH on the basis of this Court's order dated March 10, 2021 granting Defendant Glock, Inc.'s motion for dismissal (the "Order", Dkt. No. 38) was improper and that the claims against Glock GmbH should be reinstated. Because there is a case assessment conference scheduled for May 12, 2021 in the United States Court of Appeals for the Ninth Circuit regarding Plaintiff's pending appeal of the Order, Plaintiff requests an expeditious resolution of this motion.

In the Order, this Court ruled that "Defendant Glock Incorporated's Motion to Dismiss for Failure to State a Claim and pursuant to the Protection of Lawful Commerce in Arms Act ["PLCAA," 15 U.S.C. §§ 7901-7903]" should be granted. Order at 25; *see also id*. at 1 (also acknowledging Glock, Inc. as the only party to the relevant motion to dismiss). Glock GmbH was not a party to the relevant motion to dismiss. It had not been served at the time the court issued the Order (and has still not been served). There was no argument before the Court in which any party contended that Glock GmbH should be dismissed, and Plaintiff certainly had no opportunity to argue that claims against Glock GmbH should not be dismissed. Therefore, claims against Glock GmbH should not have been dismissed on the basis of the Order.

The clerk's office appears to have interpreted a subsequent directive by this Court designed to give effect to the Order as an instruction to close the entire case *even as to Glock GmbH*. *See* Dkt. Nos. 39 - 40 (both dated March 11, 2021). This is in conflict with this Court's prior grant of a Motion for Extension of Time to Serve to allow Glock GmbH to be served by June 10, 2021 in

1

anticipation of the continued pendency of Plaintiff's claims against Glock GmbH through at least this date. Dkt. No. 16. This prior order was needed because Glock GmbH is located in Austria, its counsel has not consented to accept service, and service is therefore being effectuated through time-consuming international protocols.

Regardless of how it came to be, the case against Glock GmbH should not have been dismissed, and the case should not have been closed. Therefore, Plaintiff respectfully requests the Court to order that Plaintiff's claims against Glock GmbH be reinstated and that the case be reopened as to Glock GmbH. A proposed order is attached as Ex. A to this document for this Court's consideration.

Dated April 26, 2021

By: /s/ John P Torgenson
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
TORGENSON LAW
333 W. Roosevelt St.
Phoenix, AZ 85003
T: 602-759-0012
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

Jonathan E. Lowy (*admitted pro hac vice*)
Thomas P. Lane
BRADY
840 First Street, N.E.
Suite 400
Washington, DC 20002
T: 202-370-8104
jlowy@bradyunited.org
tlane@bradyunited.org
*Attorneys for Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of April 2021, I electronically transmitted a PDF version of this document to the Office of the Clerk of the Court, using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants listed for this matter.

Dated April 26, 2021

By: /s/John P. Torgenson
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
TORGENSON LAW
333 W. Roosevelt St.
Phoenix, AZ 85003
T: 602-759-0012
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

Jonathan E. Lowy (*admitted pro hac vice*)
Thomas P. Lane
BRADY
840 First Street, N.E.
Suite 400
Washington, DC 20002
T: 202-370-8104
jlowy@bradyunited.org
tlane@bradyunited.org
*Attorneys for Plaintiff*