1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE DISTRICT OF ARIZONA

10

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>    Plaintiff,<br><br>  v.<br><br>GLOCK, Inc., a Georgia Corporation;<br>GLOCK GmbH, an Austrian Corporation;<br>ABC Firearm Dealer Corporation; 123<br>Firearm Distributor Corporation, and DOES<br>1-50<br><br>    Defendants. | Case No.:  2:20-cv-00523-SMB<br><br>**PROPOSED ORDER GRANTING<br>PLAINTIFF'S UNOPPOSED MOTION TO<br>REOPEN THE CASE AS TO DEFENDANT<br>GLOCK GMBH** |

11
12
13
14
15
16
17
18

**<u>Order Granting Plaintiff's Unopposed Motion to Reopen the Case as to Defendant Glock
GmbH</u>**

19
20

Following this Court's consideration of Plaintiff's Unopposed Motion to Reopen the Case

21

as to Defendant Glock Gmbh (Dkt. No. \_\_\_), **IT IS ORDERED** that the Motion is **GRANTED.**

22

Dated this _____ day of _____ 2021.

23
24

_____

25

Honorable Susan M. Brnovich
United States District Judge

26

1