IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>    Plaintiff,<br><br> v.<br><br>GLOCK, Inc., a Georgia Corporation; GLOCK GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50<br><br>    Defendants. | Case No.: 2:20-cv-00523-SMB<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO CERTIFY THE CASE FOR APPEAL PURSUANT TO FED. R. CIV. P. 54(B)** |

<u>**Order Granting Plaintiff's Motion to Certify the Case for Appeal Pursuant to Fed. R. Civ. P. 54(b)**</u>

  This Court has considered Plaintiff's Motion to Certify the Case for Appeal Pursuant to Fed. R. Civ. P. 54(b). Dkt. No. ___. Having weighed all relevant factors, this Court finds that there is "no just reason for delay" of an appeal from the Court's order dated March 10, 2021 granting Defendant Glock, Inc.'s motion for dismissal solely as to claims against Glock, Inc. As a result, **IT IS ORDERED** that the Motion is **GRANTED.**

1   Dated this _____ day of _____ 2021.

2

3
                                            _____
4                                           Honorable Susan M. Brnovich
                                            United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

- 2 -