# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso, | No. CV-20-00523-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Glock GesmbH, et al., | |
| Defendants. | |

The Court having considered Plaintiff's Unopposed Motion to Reopen the Case as to Defendant Glock GMBH (Doc. 45),

**IT IS ORDERED** that the Motion is **GRANTED**.

Dated this 29th day of April, 2021.

Honorable Susan M. Brnovich
United States District Judge