UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 06 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CARLOS DANIEL TRAVIESO,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>GLOCK, INC., a Georgia Corporation; et al.,<br><br>    Defendants - Appellees,<br><br> and<br><br>UNITED STATES OF AMERICA,<br><br>    Intervenor-Defendant. | No. 21-15539<br><br>D.C. No. 2:20-cv-00523-SMB<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

The motion filed by the appellant on July 2, 202, for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7