Paul G. Cereghini (Bar No. 009641)
Jeffrey C. Warren (Bar No. 021383)
Amanda E. Heitz (Bar No. 026519)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, AZ 85012-2761
Telephone: (602) 643-2300
Facsimile:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com
jeffrey.warren@bowmanandbrooke.com
amanda.heitz@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

John F. Renzulli (*admitted pro hac vice*)
Christopher Renzulli (*admitted pro hac vice*)
Peter V. Malfa (*admitted pro hac vice*)
Scott C. Allan (*admitted pro hac vice*)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
pmalfa@renzullilaw.com
sallan@renzullilaw.com

Attorneys for Defendant Glock Ges.m.b.H.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>                    Plaintiff,<br><br>          vs.<br><br>GLOCK, Inc., a Georgia Corporation;<br>GLOCK GmbH, an Austrian Corporation;<br>ABC Firearm Dealer Corporation; 123<br>Firearm Distributor Corporation, and DOES<br>1-50,<br><br>                    Defendants. | No. 2:20-cv-00523-SMB<br><br>**GLOCK Ges.m.b.H'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Defendant Glock Ges.m.b.H. states that it has no parent corporation and no publicly owned corporation owns 10% or more of its stock.

DATED this 23rd day of July, 2021.

                                    **BOWMAN AND BROOKE LLP**

                              By: */s/ Amanda E. Heitz*
                                    Paul G. Cereghini
                                    Jeffrey C. Warren
                                    Amanda E. Heitz

                                    and

                                    **RENZULLI LAW FIRM, LLP**
                                    John F. Renzulli (*admitted pro hac vice*)
                                    Christopher Renzulli (*admitted pro hac vice*)
                                    Peter V. Malfa (*admitted pro hac vice*)
                                    Scott C. Allan (*admitted pro hac vice*)

                                    Attorneys for Defendant Glock Ges.m.b.H.

**ORIGINAL** e-filed
this 23rd day of July 2021.

**COPY** of the foregoing mailed/emailed
this 23rd day of July, 2021, to:

John P. Torgenson, Esq.
Jon T. Drago, Esq.
TORGENSON LAW
333 W. Roosevelt St.
Phoenix, AZ 85003
Telephone: (602) 759-0012
Facsimile:  (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@tordensonlaw.com

and

Jonathan E. Lowy, Esq. (*admitted pro hac vice*)
BRADY
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: (202) 370-8104
jlowy@bradyunited.org

Attorneys for Plaintiff

By: */s/ Amanda E. Heitz*

24792729v1