| | |
|---|---|
| 1 | TORGENSON LAW |
| 2 | John P. Torgenson (No. 023505)<br>Jon T. Drago (No. 034194) |
| 3 | 333 W. Roosevelt St.<br>Phoenix, AZ  85003 |
| 4 | Telephone:  (602) 759-0012<br>Facsimile: (602) 429-8120 |
| 5 | jtorgenson@torgensonlaw.com<br>jdrago@torgensonlaw.com |
| 6 | |
| 7 | BRADY<br>Jonathan E. Lowy (pro hac vice granted) |
| 8 | Thomas P. Lane (pro hac vice motion to be filed)<br>840 First Street, N.E., Suite 400 |
| 9 | Washington, DC 20002<br>Telephone:   202-370-8104 |
| 10 | jlowy@bradyunited.org<br>tlane@bradyunited.org |

*Attorneys for Plaintiff Carlos Daniel Travieso*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>                    Plaintiff,<br><br>     v.<br><br>GLOCK, Inc., a Georgia Corporation;<br>GLOCK GmbH, an Austrian Corporation;<br>ABC Firearm Dealer Corporation; 123<br>Firearm Distributor Corporation, and<br>DOES 1-50<br><br>                    Defendant. | No. CV-20-00523-SMB<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to the Hon. Susan M. Brnovich) |

   Plaintiff Carlos Travieso by and through undersigned counsel hereby provides Notice to the Court that on October 4, 2021, Defendant Glock Ges.m.b.H., was served with:

   1. Plaintiff's First Set of Requests for Production.

2. Plaintiff's First Set of Interrogatories.

The discovery was served via email upon counsel for Defendant Glock Ges.m.b.H., in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure and the General Order 17-08.

**DATED** this 4th day of October 2021.

By /s/ John P. Torgenson
TORGENSON LAW
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
333 W. Roosevelt St.
Phoenix, AZ  85003
Telephone:  (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

BRADY
Jonathan E. Lowy (*admitted pro hac vice*)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone:   202-370-8104
jlowy@bradyunited.org