# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso, | No. CV-20-00523-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Glock GesmbH, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Certify the Case for Appeal Pursuant to Fed. R. Civ. P. 54(b) (Doc. 46). Defendants have responded (Doc. 48) and no reply has been filed.

"Federal Rule of Civil Procedure 54(b) allows a district court dealing with multiple claims or multiple parties to direct the entry of final judgment as to fewer than all of the claims or parties; to do so, the court must make an express determination that there is no just reason for delay." *Curtiss-Wright Corp. v. Gen. Elec. Co*., 446 U.S. 1, 3, 100 S. Ct. 1460, 1462, 64 L. Ed. 2d 1 (1980). "In doing so, 'a district court must take into account judicial administrative interests as well as the equities involved.'" *Pakootas v. Teck Cominco Metals, Ltd*., 905 F.3d 565, 576 (9th Cir. 2018)(quoting *Curtiss-Wright* at 8). Having considered all the pleadings and having considered judicial administrative interests and the equities of this case,

1. **IT IS ORDERED** denying Plaintiff's motion (Doc. 46)

Dated this 8th day of October, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge