1   TORGENSON LAW
    John P. Torgenson (No. 023505)
2   Jon T. Drago (No. 034194)
    333 W. Roosevelt St.
3   Phoenix, AZ  85003
    Telephone:  (602) 759-0012
4   Facsimile: (602) 429-8120
    jtorgenson@torgensonlaw.com
5   jdrago@torgensonlaw.com

6
    BRADY
7   Jonathan E. Lowy (pro hac vice granted)
    Thomas P. Lane (pro hac vice motion to be filed)
8   840 First Street, N.E., Suite 400
    Washington, DC 20002
9   Telephone:    202-370-8104
    jlowy@bradyunited.org
10  tlane@bradyunited.org

11  *Attorneys for Plaintiff Carlos Daniel Travieso*

12
                    UNITED STATES DISTRICT COURT
13
                        DISTRICT OF ARIZONA
14

15  Carlos Daniel Travieso,                    No. CV-20-00523-SMB

16               Plaintiff,
                                               **PLAINTIFF'S NOTICE OF SERVICE**
17       v.                                    **OF DISCOVERY**

18  GLOCK, Inc., a Georgia Corporation;        (Assigned to the Hon. Susan M. Brnovich)
    GLOCK GmbH, an Austrian Corporation;
19  ABC Firearm Dealer Corporation; 123
    Firearm Distributor Corporation, and
20  DOES 1-50
                 Defendant.
21

22       Plaintiff Carlos Travieso by and through undersigned counsel hereby provides

23  Notice to the Court that on December 29, 2021, Defendant Glock Ges.m.b.H., was served

24  with:

25

26

1. Plaintiff's First Supplemental Responses to Defendant Glock Ges.m.b.H's First Set of Requests for Production.

2. Plaintiff's First Supplemental Responses to Defendant Glock Ges.m.b.H's First Set of Interrogatories.

The documents above were served via email upon counsel for Defendant Glock Ges.m.b.H., in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure and the General Order 17-08.

**DATED** this 29th day of December 2021.

By  /s/ John P. Torgenson
TORGENSON LAW
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
333 W. Roosevelt St.
Phoenix, AZ  85003
Telephone:  (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

BRADY
Jonathan E. Lowy (*admitted pro hac vice*)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone:   202-370-8104
jlowy@bradyunited.org