IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Glock GesmbH, et al.,<br><br>　　　　　Defendants. | No. CV-20-00523-PHX-SMB<br><br>**ORDER** |

The Court having considered Defendant Glock Ges.m.b.H.'s Motion for Leave to File its Motion to Compel, Amend the Scheduling Order, and for Leave to File an Amended Answer Under Seal (Doc. 73) and for good cause appearing,

**IT IS ORDERED** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk to file Defendant Glock Ges.m.b.H.'s Motion to Compel, Amend the Scheduling Order, and for Leave to File an Amended Answer (Doc. 74) under seal.

Dated this 27th day of April, 2022.

Honorable Susan M. Brnovich
United States District Judge