TORGENSON LAW
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
333 W. Roosevelt St.
Phoenix, AZ  85003
Telephone:  (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

BRADY
Jonathan E. Lowy (*pro hac vice*)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: 202-370-8104
jlowy@bradyunited.org

*Attorneys for Plaintiff Carlos Daniel Travieso*

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLOCK, Inc., a Georgia Corporation; GLOCK GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50<br>　　　　Defendants. | Case No.: 2:20-cv-00523-SMB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL, AMEND THE SCHEDULING ORDER, AND FOR LEAVE TO FILE AN AMENDED ANSWER** |

Pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., and Rule 7.3, L.R.Civ., Plaintiff respectfully requests that the deadline for Plaintiff to respond to Defendant's Motion to

1  Compel, Amend the Scheduling Order, and for Leave to File an Amended Answer ("the
2  Motion") be extended to and including May 27, 2022.  This is the first requested extension,
3  and it is made before the time has expired for Plaintiff Travieso to respond to the Motion.

   Plaintiff has conferred with Defendant's counsel, who has consented to this
5  extension of time.  This extension is requested for Court approval to allow adequate time
6  for Plaintiff Travieso to analyze the Motion and prepare his response to same.

8  Dated: May 6, 2022

TORGENSON LAW

By /s/ John P. Torgenson
John P. Torgenson
Jon T. Drago
333 W. Roosevelt Street
Phoenix, AZ 85003
Telephone: (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

*Attorneys for Plaintiff Carlos Daniel Travieso*

BRADY

By /s/ Jonathan E. Lowy
Jonathan E. Lowy (*pro hac vice*)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: 202-370-8104
jlowy@bradyunited.org

*Attorneys for Plaintiff Carlos Daniel Travieso*