IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Glock GesmbH, et al.,<br><br>　　　　Defendants. | No. CV-20-00523-PHX-SMB<br><br>**ORDER** |

Following this Court's consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Compel, Amend the Scheduling Order, and for Leave to File an Amended Answer (Doc. 78),

**IT IS ORDERED** that the Motion is **GRANTED**. The deadline for Plaintiff to respond to Defendant's Motion to Compel, amend the Scheduling Order, and for leave to file an amended answer is extended to **May 27, 2022**.

Dated this 9th day of May, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge