TORGENSON LAW
John P. Torgenson (No. 023505)
Jon T. Drago (No. 034194)
333 W. Roosevelt St.
Phoenix, AZ  85003
Telephone:  (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

BRADY
Jonathan E. Lowy (*pro hac vice*)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: 202-370-8104
jlowy@bradyunited.org

*Attorneys for Plaintiff Carlos Daniel Travieso*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso, | Case No.: 2:20-cv-00523-SMB |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE TO THE COURT OF POTENTIAL RESOLUTION OF MOTION TO COMPEL WITHOUT JUDICIAL INTERVENTION** |
| GLOCK, Inc., a Georgia Corporation; GLOCK GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50 | |
| Defendants. | |

Plaintiff respectfully writes to inform the Court that after further conferring with Defendant, the parties believe that a resolution of the pending Motion to Compel (Dkt. No. 73) without judicial intervention is possible.  Accordingly, the parties have agreed that Plaintiff will not yet file any opposition to the Motion to Compel, so that the parties can

continue to work together toward a resolution without calling further on the Court's resources. The parties will inform the Court promptly if a resolution is reached and Defendant's Motion to Compel may be withdrawn.

Dated: May 27, 2022

TORGENSON LAW

By /s/ John P. Torgenson
John P. Torgenson
Jon T. Drago
333 W. Roosevelt Street
Phoenix, AZ 85003
Telephone: (602) 759-0012
Facsimile: (602) 429-8120
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

*Attorneys for Plaintiff Carlos Daniel Travieso*

BRADY

By /s/ Jonathan E. Lowy
Jonathan E. Lowy (*pro hac vice*)
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: 202-370-8104
jlowy@bradyunited.org

*Attorneys for Plaintiff Carlos Daniel Travieso*