# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso, | No. CV-20-00523-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Glock GesmbH, et al., | |
| Defendants. | |

This matter having come before the Court on the Joint Motion of Plaintiff Carlos Daniel Travieso and Defendant Glock Ges.m.b.H. to Amend the Case Management Order (Doc. 82), and Glock Ges.m.b.H.'s Unopposed Motion for Leave to file an Amended Answer (Doc. 77) and good cause appearing,

**IT IS ORDERED** that the Joint Motion of Plaintiff Carlos Daniel Travieso and Defendant Glock Ges.m.b.H. to Amend the Case Management Order (Doc. 82) is granted and the following deadlines in the September 16, 2021 Case Management Order (Doc. No. 56) are extended:

| Activity | Original Deadline | Extended Deadline |
|---|---|---|
| Fact discovery deadline | June 24, 2022 | **December 16, 2022** |
| Plaintiff's expert reports due | August 19, 2022 | **February 17, 2023** |
| Defendant's expert reports due | October 14, 2022 | **April 14, 2023** |
| Plaintiff's rebuttal expert reports due | October 28, 2022 | **April 28, 2023** |
| Deadline for expert depositions | December 16, 2022 | **June 16, 2023** |

| | | |
|---|---|---|
| In-person settlement discussions | January 13, 2023 | **July 14, 2023** |
| Report re: settlement discussions | January 18, 2023 | **July 21, 2023** |
| Summary judgment motions due | February 17, 2023 | **August 18, 2023** |

**IT IS FURTHER ORDERED** the March 3, 2023 Trial Setting Conference is reset to **September 1, 2023 at 8:45 a.m.** (15 minutes allowed).

**IT IS FURTHER ORDERED** Defendant's Motion for Leave to File an Amended Answer (Doc. 77) is granted. Glock Ges.m.b.H. is granted leave to file the proposed amended answer and the deadline to amend the pleadings is extended to allow it to do so. Defendant's Motion to Compel (Doc. 77) is denied without prejudice as it appears the parties have resolved that issue. All other provisions in the September 16, 2021 Case Management Order remain in effect.

Dated this 8th day of June, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge