Paul G. Cereghini (Bar No. 009641)
Jeffrey C. Warren (Bar No. 021383)
Amanda E. Heitz (Bar No. 026519)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, AZ 85012-2761
Telephone: (602) 643-2300
Facsimile:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com
jeffrey.warren@bowmanandbrooke.com
amanda.heitz@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

John F. Renzulli (*admitted pro hac vice*)
Christopher Renzulli (*admitted pro hac vice*)
Peter V. Malfa (*admitted pro hac vice*)
Scott C. Allan (*admitted pro hac vice*)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
pmalfa@renzullilaw.com
sallan@renzullilaw.com

Attorneys for Defendant Glock Ges.m.b.H.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>Plaintiff,<br><br>vs.<br><br>GLOCK, Inc., a Georgia Corporation; GLOCK GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50,<br><br>Defendants. | No. 2:20-cv-00523-SMB<br><br>**DEFENDANT GLOCK Ges.m.b.H.'s AMENDED ANSWER AND AFFIRMATIVE DEFENSES TO THE COMPLAINT**<br><br>**JURY TRIAL REQUESTED**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Defendant Glock Ges.m.b.H. respectfully submits its amended answer to plaintiff's Complaint as follows:

1. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 1 of the Complaint.

2. **Glock Ges.m.b.H. states that the allegations in Paragraph 2 of the Complaint are** directed to another defendant.  To the extent a response is required, it denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 2 of the Complaint, and refers all questions of law to this Honorable Court.

3. Glock Ges.m.b.H. denies the allegations in Paragraph 3 of the Complaint, except that it admits that it is an Austrian corporation with its principal place of business in Austria, and that it designs and manufactures Glock model pistols, and refers all questions of law to this Honorable Court.

4. Glock Ges.m.b.H. states that the allegations in Paragraph 4 of the Complaint are directed to another defendant.  To the extent a response is required, it denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 4 of the Complaint.

5. Glock Ges.m.b.H. states that the allegations in Paragraph 5 of the Complaint are directed to another defendant.  To the extent a response is required, it denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 5 of the Complaint.

6. Glock Ges.m.b.H. states that the allegations in Paragraph 6 of the Complaint are directed to another defendant.  To the extent a response is required, it denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6 of the Complaint.

7. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7 of the Complaint, and refers all questions of law to this Honorable Court.

8. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8 of the Complaint, and refers all questions of law to this Honorable Court.

9. Glock Ges.m.b.H. denies the allegations in Paragraph 9 of the Complaint.

10. Glock Ges.m.b.H. denies the allegations in Paragraph 10 of the Complaint.

11. Glock Ges.m.b.H. denies the allegations in Paragraph 11 of the Complaint.

12. Glock Ges.m.b.H. denies the allegations in Paragraph 12 of the Complaint.

13. Glock Ges.m.b.H. denies the allegations in Paragraph 13 of the Complaint.

14. Glock Ges.m.b.H. denies the allegations in Paragraph 14 of the Complaint.

15. Glock Ges.m.b.H. denies the allegations in Paragraph 15 of the Complaint.

16. Glock Ges.m.b.H. denies the allegations in Paragraph 16 of the Complaint.

17. Glock Ges.m.b.H. denies the allegations in Paragraph 17 of the Complaint.

18. Glock Ges.m.b.H. denies the allegations contained in Paragraph 18 of the Complaint, except admits that magazine disconnect devices are intended to prevent a firearm from discharging when the magazine is not inserted.

19. Glock Ges.m.b.H. denies the allegations in Paragraph 19 of the Complaint.

20. Glock Ges.m.b.H. denies the allegations in Paragraph 20 of the Complaint.

21. Glock Ges.m.b.H. denies the allegations in Paragraph 21 of the Complaint.

22. Glock Ges.m.b.H. denies the allegations in Paragraph 22 of the Complaint.

23. Glock Ges.m.b.H. denies the allegations in Paragraph 23 of the Complaint.

24. Glock Ges.m.b.H. denies the allegations in Paragraph 24 of the Complaint.

25. Glock Ges.m.b.H. denies the allegations in Paragraph 25 of the Complaint.

26. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26 of the Complaint.

27. Glock Ges.m.b.H. denies the allegations in Paragraph 27 of the Complaint, and refers all questions of law to this Honorable Court.

28. Glock Ges.m.b.H. denies the allegations in Paragraph 28 of the Complaint.

29. Glock Ges.m.b.H. denies the allegations in Paragraph 29 of the Complaint.

30. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 30 of the Complaint.

31. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 31 of the Complaint.

32. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 32 of the Complaint.

33. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33 of the Complaint.

34. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34 of the Complaint.

35. Glock Ges.m.b.H. denies the allegations in Paragraph 35 of the Complaint.

36. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36 of the Complaint.

37. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37 of the Complaint.

38. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38 of the Complaint.

39. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39 of the Complaint.

40. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40 of the Complaint.

41. Glock Ges.m.b.H. denies the allegations in Paragraph 41 of the Complaint.

42. Glock Ges.m.b.H. denies the allegations in Paragraph 42 of the Complaint.

43. Glock Ges.m.b.H. denies the allegations in Paragraph 43 of the Complaint.

44. Glock Ges.m.b.H. makes reference to the study referenced in Paragraph 44 of the Complaint and denies allegations inconsistent with that study.

45. Glock Ges.m.b.H. makes reference to the studies referenced in Paragraph 45 of the Complaint and denies allegations inconsistent with those studies.

46. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46 of the Complaint.

47. Glock Ges.m.b.H. denies the allegations in Paragraph 47 of the Complaint.

48. Glock Ges.m.b.H. denies the allegations in Paragraph 48 of the Complaint.

49. Glock Ges.m.b.H. makes reference to the data referenced in Paragraph 49 of the Complaint and denies allegations inconsistent with that data.

50. Glock Ges.m.b.H. makes reference to the study referenced in Paragraph 50 of the Complaint and denies allegations inconsistent with that study.

51. Glock Ges.m.b.H. makes reference to the studies referenced in Paragraph 51 of the Complaint and denies allegations inconsistent with those studies.

52. Glock Ges.m.b.H. denies the allegations in Paragraph 52 of the Complaint.

53. Glock Ges.m.b.H. denies the allegations in Paragraph 53 of the Complaint.

54. Glock Ges.m.b.H. denies the allegations in Paragraph 54 of the Complaint.

55. Glock Ges.m.b.H. denies the allegations in Paragraph 55 of the Complaint.

56. Glock Ges.m.b.H. denies the allegations in Paragraph 56 of the Complaint.

57. Glock Ges.m.b.H. denies the allegations in Paragraph 57 of the Complaint.

58. Glock Ges.m.b.H. denies the allegations in Paragraph 58 of the Complaint.

59. Glock Ges.m.b.H. denies the allegations in Paragraph 59 of the Complaint.

60. Glock Ges.m.b.H. denies the allegations in Paragraph 60 of the Complaint.

61. Glock Ges.m.b.H. denies the allegations in Paragraph 61 of the Complaint.

62. Glock Ges.m.b.H. denies the allegations in Paragraph 62 of the Complaint.

63. Glock Ges.m.b.H. denies the allegations in Paragraph 63 of the Complaint.

64. Glock Ges.m.b.H. denies the allegations in Paragraph 64 of the Complaint.

65. Glock Ges.m.b.H. denies the allegations in Paragraph 65 of the Complaint.

66. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66 of the Complaint.

67. Glock Ges.m.b.H. denies the allegations in Paragraph 67 of the Complaint.

68. Glock Ges.m.b.H. makes reference to the patent referenced in Paragraph 68 of the Complaint and denies allegations inconsistent with that patent.

69. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69 of the Complaint.

70. Glock Ges.m.b.H. makes reference to the magazine article referenced in Paragraph 70 of the Complaint and denies allegations inconsistent with that article.

71. Glock Ges.m.b.H. states that the loaded chamber indicator on Glock model pistols is effectively designed for its intended purpose and, to the extent that Paragraph 71 of the Complaint contains allegations to the contrary, they are denied.

72. Glock Ges.m.b.H. states that the warnings provided with Glock model pistols regarding the loaded chamber indicator were adequate and, to the extent that Paragraph 72 of the Complaint contains allegations to the contrary, they are denied.

73. Glock Ges.m.b.H. denies the allegations in Paragraph 73 of the Complaint.

74. Glock Ges.m.b.H. denies the allegations in Paragraph 74 of the Complaint, except admits that manual safeties intended to prevent a firearm from firing when placed in the "safe" position have been designed that incorporate a button or lever.

75. Glock Ges.m.b.H. denies the allegations in Paragraph 75 of the Complaint.

76. Glock Ges.m.b.H. denies the allegations in Paragraph 76 of the Complaint, except states that Glock Ges.m.b.H. has manufactured and sold Glock pistols that incorporate an internal lock.

77. Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 77 of the Complaint.

78. Glock Ges.m.b.H. denies the allegations in Paragraph 78 of the Complaint.

79. Glock Ges.m.b.H. denies the allegations in Paragraph 79 of the Complaint.

80. Glock Ges.m.b.H. denies the allegations in Paragraph 80 of the Complaint.

81. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81 of the Complaint.

82. Glock Ges.m.b.H. denies the allegations in Paragraph 82 of the Complaint.

83. Glock Ges.m.b.H. denies the allegations in Paragraph 83 of the Complaint.

84. Glock Ges.m.b.H. denies the allegations in Paragraph 84 of the Complaint.

85. Glock Ges.m.b.H. makes reference to the patent referenced in Paragraph 85 of the Complaint and denies allegations inconsistent with that patent.

86. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86 of the Complaint.

87. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87 of the Complaint.

88. Glock Ges.m.b.H. makes reference to the statements referenced in Paragraph 88 of the Complaint and denies allegations inconsistent with those statements.

89. Glock Ges.m.b.H. makes reference to the publication referenced in Paragraph 89 of the Complaint and denies allegations inconsistent with that publication.

90. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90 of the Complaint.

91. Glock Ges.m.b.H. denies the allegations in Paragraph 91 of the Complaint.

92. Glock Ges.m.b.H. denies the allegations in Paragraph 92 of the Complaint.

93. Glock Ges.m.b.H. denies the allegations in Paragraph 93 of the Complaint.

94. Glock Ges.m.b.H. denies the allegations in Paragraph 94 of the Complaint.

## FIRST CAUSE OF ACTION

**(Strict Product Liability – Design Defect – Against Glock, Inc., Glock Ges.m.b.H., ABC Gun Dealer, 123 Gun Distributor, and Does 1-50)**

95. Glock Ges.m.b.H. incorporates its responses to Paragraphs 1-94 of the Complaint in response to Paragraph 95 of the Complaint.

96. Glock Ges.m.b.H. states that the allegations in Paragraph 96 of the Complaint are directed to other defendants. To the extent a response is required, it denies knowledge or

1 | information sufficient to form a belief about the truth of the allegations in Paragraph 96 of the Complaint, and refers all questions of law to this Honorable Court.

97. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97 of the Complaint, and refers all questions of law to this Honorable Court.

98. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98 of the Complaint, and refers all questions of law to this Honorable Court.

99. Glock Ges.m.b.H. denies the allegations in Paragraph 99 of the Complaint, except that it admits that it designed, manufactured and sold Glock model pistols.

100. Glock Ges.m.b.H. states that the allegations in Paragraph 100 of the Complaint are directed to other defendants. To the extent a response is required, it denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100 of the Complaint, except denies that the Subject Pistol and other Glock model pistols are defective.

101. Glock Ges.m.b.H. denies the allegations in Paragraph 101 of the Complaint.
102. Glock Ges.m.b.H. denies the allegations in Paragraph 102 of the Complaint.
103. Glock Ges.m.b.H. denies the allegations in Paragraph 103 of the Complaint.
104. Glock Ges.m.b.H. denies the allegations in Paragraph 104 of the Complaint.
105. Glock Ges.m.b.H. denies the allegations in Paragraph 105 of the Complaint.
106. Glock Ges.m.b.H. denies the allegations in Paragraph 106 of the Complaint.
107. Glock Ges.m.b.H. denies the allegations in Paragraph 107 of the Complaint.
108. Glock Ges.m.b.H. denies the allegations in Paragraph 108 of the Complaint.
109. Glock Ges.m.b.H. denies the allegations in Paragraph 109 of the Complaint.
110. Glock Ges.m.b.H. denies the allegations in Paragraph 110 of the Complaint.
111. Glock Ges.m.b.H. denies the allegations in Paragraph 111 of the Complaint.
112. Glock Ges.m.b.H. denies the allegations in Paragraph 112 of the Complaint.
113. Glock Ges.m.b.H. denies the allegations in Paragraph 113 of the Complaint.

114. Glock Ges.m.b.H. denies the allegations in Paragraph 114 of the Complaint.

115. Glock Ges.m.b.H. denies the allegations in Paragraph 115 of the Complaint.

116. Glock Ges.m.b.H. denies the allegations in Paragraph 116 of the Complaint.

117. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 117 of the Complaint.

118. Glock Ges.m.b.H. denies the allegations in Paragraph 118 of the Complaint.

119. Glock Ges.m.b.H. denies the allegations in Paragraph 119 of the Complaint.

120. Glock Ges.m.b.H. denies the allegations in Paragraph 120 of the Complaint.

## SECOND CAUSE OF ACTION

**(Strict Product Liability – Failure to Warn/Information Defect – Against Glock, Inc., Glock Ges.m.b.H., ABC Gun Dealer, 123 Gun Distributor, and Does 1-50)**

121. Glock Ges.m.b.H. incorporates its responses to Paragraphs 1-120 of the Complaint in response to Paragraph 121 of the Complaint.

122. Glock Ges.m.b.H. states that the allegations in Paragraph 122 of the Complaint are directed to other defendants. To the extent a response is required, it denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122 of the Complaint, and refers all questions of law to this Honorable Court.

123. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123 of the Complaint, and refers all questions of law to this Honorable Court.

124. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124 of the Complaint, and refers all questions of law to this Honorable Court.

125. Glock Ges.m.b.H. denies the allegations in Paragraph 125 of the Complaint except that it admits that it designs, manufactures and sells Glock model pistols.

126. Glock Ges.m.b.H. states that the allegations in Paragraph 126 of the Complaint are directed to other defendants. To the extent a response is required, it denies knowledge or

information sufficient to form a belief about the truth of the allegations in Paragraph 126 of the Complaint, except denies that the Subject Pistol and other Glock model pistols are defective.

127. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127 of the Complaint, and refers all questions of law to this Honorable Court.

128. Glock Ges.m.b.H. denies the allegations in Paragraph 128 of the Complaint.

129. Glock Ges.m.b.H. denies the allegations in Paragraph 129 of the Complaint.

130. Glock Ges.m.b.H. denies the allegations in Paragraph 130 of the Complaint.

131. Glock Ges.m.b.H. denies the allegations in Paragraph 131 of the Complaint.

132. Glock Ges.m.b.H. denies the allegations in Paragraph 132 of the Complaint.

133. Glock Ges.m.b.H. denies the allegations in Paragraph 133 of the Complaint.

134. Glock Ges.m.b.H. denies the allegations in Paragraph 134 of the Complaint.

135. Glock Ges.m.b.H. denies the allegations in Paragraph 135 of the Complaint.

136. Glock Ges.m.b.H. denies knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136 of the Complaint.

137. Glock Ges.m.b.H. denies the allegations in Paragraph 137 of the Complaint.

138. Glock Ges.m.b.H. denies the allegations in Paragraph 138 of the Complaint.

139. Glock Ges.m.b.H. denies the allegations in Paragraph 139 of the Complaint.

## THIRD CAUSE OF ACTION

**(Negligent Design – Against Glock, Inc., Glock Ges.m.b.H., ABC Gun Dealer, 123 Gun Distributor, and Does 1-50)**

140. Glock Ges.m.b.H. incorporates its responses to Paragraphs 1-139 of the Complaint in response to Paragraph 140 of the Complaint.

141. Glock Ges.m.b.H. states that the allegations in Paragraph 141 of the Complaint are exclusively legal allegations and do not contain any factual allegations to which a response is required. To the extent a response is required, it denies knowledge or information sufficient

1  to form a belief about the truth of the allegations in Paragraph 141 of the Complaint, and refers
2  all questions of law to this Honorable Court.

3       142.    Glock Ges.m.b.H. denies the allegations in Paragraph 142 of the Complaint.

4       143.    Glock Ges.m.b.H. denies the allegations in Paragraph 143 of the Complaint.

### FOURTH CAUSE OF ACTION

**(Negligent Warnings and Marketing – Against Glock, Inc., Glock Ges.m.b.H., ABC Gun Dealer, 123 Gun Distributor, and Does 1-50)**

8       144.    Glock Ges.m.b.H. incorporates its responses to Paragraphs 1-143 of the Complaint
9  in response to Paragraph 144 of the Complaint.

10      145.    Glock Ges.m.b.H. states that the allegations in Paragraph 145 of the Complaint
11 are exclusively legal allegations and do not contain any factual allegations to which a response
12 is required. To the extent a response is required, it denies knowledge or information sufficient
13 to form a belief about the truth of the allegations in Paragraph 145 of the Complaint, and refers
14 all questions of law to this Honorable Court.

15      146.    Glock Ges.m.b.H. denies the allegations in Paragraph 146 of the Complaint.

16      147.    Glock Ges.m.b.H. states that the materials provided with Glock model pistols
17 effectively informed reasonably foreseeable users of the potential risks associated with firearms
18 and the need to store them safely and, to the extent that Paragraph 147 of the Complaint contains
19 allegations to the contrary, they are denied.

20      148.    Glock Ges.m.b.H. denies the allegations in Paragraph 148 of the Complaint.

21      149.    Glock Ges.m.b.H. denies the allegations in Paragraph 149 of the Complaint.

22      150.    Glock Ges.m.b.H. denies the allegations in Paragraph 150 of the Complaint.

23      151.    Glock Ges.m.b.H. denies the allegations in Paragraph 151 of the Complaint.

24      152.    Glock Ges.m.b.H. denies the allegations in Paragraph 152 of the Complaint,
25 except denies knowledge or information sufficient to form a belief about the truth of the
26 allegations that the shooter thought the Subject Pistol was unloaded because the magazine was
27 not in it.

153. Glock Ges.m.b.H. denies the allegations in Paragraph 153 of the Complaint.

154. Glock Ges.m.b.H. denies the allegations in Paragraph 154 of the Complaint.

## FIFTH CAUSE OF ACTION

**(Punitive Damages – Against Glock, Inc., Glock Ges.m.b.H., ABC Gun Dealer, 123 Gun Distributor, and Does 1-50)**

155. Glock Ges.m.b.H. incorporates its responses to Paragraphs 1-154 of the Complaint in response to Paragraph 155 of the Complaint.

156. Glock Ges.m.b.H. denies the allegations in Paragraph 156 of the Complaint.

157. Glock Ges.m.b.H. denies the allegations in Paragraph 157 of the Complaint.

158. Glock Ges.m.b.H. denies the allegations in Paragraph 158 of the Complaint.

159. Glock Ges.m.b.H. denies the allegations in Paragraph 159 of the Complaint.

160. Glock Ges.m.b.H. denies the allegations in Paragraph 160 of the Complaint.

161. Glock Ges.m.b.H. denies the allegations in Paragraph 161 of the Complaint.

162. Glock Ges.m.b.H. denies the allegations in Paragraph 162 of the Complaint.

163. Glock Ges.m.b.H. denies the allegations in Paragraph 163 of the Complaint.

164. Glock Ges.m.b.H. denies the allegations in Paragraph 164 of the Complaint.

Glock Ges.m.b.H. denies the allegations in the unnumbered paragraph on page 28 of the Complaint beginning with "WHEREFORE . . . ."

## GENERAL DENIAL

Any allegation in the Complaint that is not specifically admitted is denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint, and each and every cause of action contained therein, against Glock Ges.m.b.H. is barred by the immunity provided by Ariz. Rev. Stat. § 12-271.

2. Plaintiff's Complaint, and each and every cause of action contained therein, against Glock Ges.m.b.H. is barred by the immunity provided by the Protection of Lawful Commerce in Arms Act, 15 U.S.C. §§ 7901-03.

3. Plaintiff's Complaint, and each and every cause of action contained therein, fails to state facts sufficient to constitute a cause of action against Glock Ges.m.b.H..

4. Each of Plaintiff's causes of action in the Complaint are barred by the applicable statutes of limitations as provided in the Ariz. Rev. Stat. §§ 12-542 and 12-551, thereby depriving this Court of jurisdiction and/or barring recovery of any damages.

5. Plaintiff may have failed to add a party indispensable to this case.

6. Upon on information and belief any damages suffered by Plaintiff were proximately caused, in whole or in part, by the failure of Plaintiff to exercise reasonable care under the circumstances and therefore, Plaintiff's recovery, if any, must be diminished by the proportion of the negligence of Plaintiff which proximately caused or contributed to Plaintiff's alleged damages.

7. The Subject Pistol was sold to a knowledgeable and sophisticated user and intermediary.

8. Upon information and belief any damages suffered by Plaintiff were proximately caused, in whole or in part, by the negligence or other actionable conduct of persons or entities other than Glock Ges.m.b.H. Therefore, should Glock Ges.m.b.H. be found liable to Plaintiff as a result of the incident alleged in the Complaint, the amount of Plaintiff's recovery, if any, should be no greater than an amount which is equal to Glock Ges.m.b.H.'s proportionate share, if any, of the combined negligence or other actionable conduct of those persons or entities whose negligence or actionable conduct proximately caused Plaintiff's alleged damages.

9. Upon information and belief Plaintiff has failed to mitigate his damages, if any, suffered as a result of the incident set forth in the Complaint.

10. The plans or designs for Glock model pistols and the methods and techniques of manufacturing, inspecting, testing and labeling Glock model pistols conformed with the state of the art at the time the Subject Pistol was first sold and Glock Ges.m.b.H. is therefore not liable pursuant to Ariz. Rev. Stat. § 12-683(1).

11. Upon information and belief any damages suffered by Plaintiff were caused as a direct and proximate result of an alteration or modification of the Subject Pistol that was not reasonably foreseeable and made by a person other than Glock Ges.m.b.H. after it sold the Subject Pistol and Glock Ges.m.b.H. is therefore not liable pursuant to Ariz. Rev. Stat. § 12-683(2).

12. Any damages suffered by Plaintiff were caused as a direct and proximate result of the use of the Subject Pistol for a purpose, in a manner, or in an activity other than that which was reasonably foreseeable or was contrary to any express and adequate instructions or warnings appearing on or attached to the Subject Pistol or on its original container or wrapping and Glock Ges.m.b.H. is therefore not liable pursuant to Ariz. Rev. Stat. § 12-683(3).

13. Upon information and belief any damages suffered by Plaintiff were a direct and proximate result of the misuse or abuse of the Subject Pistol.

14. Upon information and belief any damages suffered by Plaintiff were a direct and proximate result of ignoring and/or not heeding warnings and instructions regarding the Subject Pistol.

15. Upon information and belief any damages suffered by Plaintiff were a direct and proximate result of superseding and intervening cause(s).

16. Glock Ges.m.b.H. is not subject to personal jurisdiction in Arizona because it lacks the constitutionally required minimum contacts with that state.

17. Glock Ges.m.b.H. states that, at the time that the Subject Pistol was manufactured and sold, it was fit and proper for the use for which it was designed and intended and was safe and non-defective.

18. Upon information and belief Plaintiff is estopped from claiming the damages alleged against Glock Ges.m.b.H. in the Complaint because of Plaintiff's negligent and/or improper conduct, acts and/or omissions.

19. Plaintiff is not entitled to a damage award violative of Glock Ges.m.b.H.'s due process and equal protection rights and other rights set forth in the United States Constitution or

rights under the Arizona Constitution. Glock Ges.m.b.H. expressly reserves any and all constitutional defenses, claims, and arguments against the imposition of punitive damages against it or the amount of same or in any other manner relating to punitive damages. Plaintiff's claim for punitive damages against Glock Ges.m.b.H.: violates the Sixth Amendment of the United States Constitution because Glock Ges.m.b.H. is not informed of the nature and cause of the accusations against it, and thus, the allegations are void for vagueness; violates Glock Ges.m.b.H.'s rights to substantive and procedural due process as provided in the Fifth and Fourteenth Amendments of the United States Constitution; violates the due process clause of Fourteenth Amendment to the United States Constitution; violates Glock Ges.m.b.H.'s rights to equal protection as provided in the Fourteenth Amendment to the United States Constitution; violates Glock Ges.m.b.H.'s rights to contract, as provided in Article I, Section 10 of the United States Constitution; exposes Glock Ges.m.b.H. to double jeopardy in violation of the Fifth Amendment of the United States Constitution; constitutes an impermissible burden on international and interstate commerce in violation of Article I, Section 8 of the United States Constitution; violates the separation of powers doctrine embodied in Article VI of the United States Constitution; and constitutes the imposition of an excessive fine in violation of Glock Ges.m.b.H.'s rights provided in the Eighth Amendment of the United States Constitution. Plaintiff's claim for punitive or exemplary damages is further barred by Article 2, Sections 4 and 35, of the Arizona Constitution.

20. Glock Ges.m.b.H. invokes the provisions of Title 12, Chapter 16 of the Arizona Revised Statutes.

21. Plaintiff's claims against Glock Ges.m.b.H. are barred or should be reduced by the comparative fault of others, including, but not limited to, Plaintiff, pursuant to Ariz. Rev. Stat. § 12-2506.

22. Glock Ges.m.b.H. invokes the provisions of Title 12, Chapter 6, Article 9 of the Arizona Revised Statutes, including the defenses set forth in § 12-683, and the exemptions from punitive damages set forth in § 12-689.

23. Plaintiff's claims against Glock Ges.m.b.H. are barred by release based on his January 16, 2019 settlement agreement with the Church of Jesus Christ of Latter Day Saints.

24. Glock Ges.m.b.H. reserves the right to amend its answer to raise additional affirmative defenses that may be disclosed during discovery.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b)(1) of the Federal Rules of Civil Procedure, Glock Ges.m.b.H. demands a trial by jury of all issues triable of right by a jury in this action.

WHEREFORE, Glock Ges.m.b.H. hereby requests the following relief:

1. That Plaintiff takes nothing by his Complaint;

2. That Plaintiff's Complaint be dismissed with prejudice on the merits;

3. That Glock Ges.m.b.H. recovers its costs, attorney's fees, and disbursements herein; and

4. Such other relief as the Court herein deems just and equitable.

DATED this 8th of June, 2022.

**BOWMAN AND BROOKE LLP**

By: */s/ Jeffrey C. Warren*
Paul G. Cereghini
Jeffrey C. Warren
Amanda E. Heitz

and

**RENZULLI LAW FIRM, LLP**
John F. Renzulli (*admitted pro hac vice*)
Christopher Renzulli (*admitted pro hac vice*)
Peter V. Malfa (*admitted pro hac vice*)
Scott C. Allan (*admitted pro hac vice*)

Attorneys for Defendant Glock Ges.m.b.H.

**ORIGINAL** e-filed
this 8th day of June, 2022.

16

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed/emailed this 8th day of June, 2022, to: |
| 2 | |
| 3 | John P. Torgenson, Esq.<br>Jon T. Drago, Esq.<br>TORGENSON LAW |
| 4 | 333 W. Roosevelt St.<br>Phoenix, AZ 85003 |
| 5 | Telephone: (602) 759-0012<br>Facsimile:  (602) 429-8120 |
| 6 | jtorgenson@torgensonlaw.com<br>jdrago@tordensonlaw.com |
| 7 | |
| 8 | and |
| 9 | Jonathan E. Lowy, Esq. (*admitted pro hac vice*)<br>BRADY |
| 10 | 840 First Street, N.E., Suite 400<br>Washington, DC 20002 |
| 11 | Telephone: (202) 370-8104<br>jlowy@bradyunited.org |
| 12 | Attorneys for Plaintiff |
| 13 | |
| 14 | By: */s/ Jeffrey C. Warren* |

17