Paul G. Cereghini (Bar No. 009641)
Jeffrey C. Warren (Bar No. 021383)
Amanda E. Heitz (Bar No. 026519)
**BOWMAN AND BROOKE LLP**
Suite 1600, Phoenix Plaza
2901 North Central Avenue
Phoenix, AZ 85012-2761
Telephone: (602) 643-2300
Facsimile:  (602) 248-0947
paul.cereghini@bowmanandbrooke.com
jeffrey.warren@bowmanandbrooke.com
amanda.heitz@bowmanandbrooke.com
Minute Entries: mme@phx.bowmanandbrooke.com

John F. Renzulli (*admitted pro hac vice*)
Christopher Renzulli (*admitted pro hac vice*)
Peter V. Malfa (*admitted pro hac vice*)
Scott C. Allan (*admitted pro hac vice*)
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Facsimile:  (914) 285-1213
jrenzulli@renzullilaw.com
crenzulli@renzullilaw.com
pmalfa@renzullilaw.com
sallan@renzullilaw.com

Attorneys for Defendant Glock Ges.m.b.H.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>      Plaintiff,<br><br>vs.<br><br>GLOCK, Inc., a Georgia Corporation; GLOCK GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50,<br><br>      Defendants. | No. 2:20-cv-00523-SMB<br><br>**DEFENDANT GLOCK Ges.m.b.H.'S UNOPPOSED MOTION FOR LEAVE TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT BASED ON RELEASE AND STAY DISCOVERY PENDING A DECISION ON THE REQUESTED MOTION**<br><br>(Assigned to the Honorable Susan M. Brnovich) |

Pursuant to Paragraph 6(b) of the Case Management Order (Doc. No. 56), Defendant Glock Ges.m.b.H. respectfully requests leave to file an early motion for summary judgment based on release. Glock Ges.m.b.H. further requests that all discovery be stayed pending a

decision on the requested motion for summary judgment if leave to file it is granted. Plaintiff has advised that he does <u>not oppose</u> the relief requested in this motion, but requests that he be given an additional fifteen days beyond the thirty days provided in Local Civil Rule 56.1(c) to file his response in opposition to the motion for summary judgment.

This case arises from an incident in which Plaintiff was shot with a Glock Model 19 Gen5 9mm semi-automatic handgun ("Subject Handgun") on March 17, 2018, when a fourteen-year-old girl ("shooter") "came to possess" the Subject Handgun, which was left unsecured and loaded in a vehicle in which a church leader was driving Plaintiff, the shooter, and other "children home from a youth group camping trip." Compl. ¶¶ 2, 30, 32-33. More than two years before Plaintiff filed this case, he entered into a confidential settlement agreement with a third party arising from the same incident at issue in this case. Glock Ges.m.b.H. has raised release as an affirmative defense in its amended answer based on that settlement agreement. Glock Ges.m.b.H. intends to argue in a motion for summary judgment that the settlement agreement released Plaintiff's claims against all parties, including Glock Ges.m.b.H., that could have potential liability arising from the incident, and provided Plaintiff full compensation for all of the damages that he alleges to have sustained in the incident.

Documentary discovery regarding the settlement agreement that will be the basis for the motion for summary judgment has been completed, and the parties believe that it will provide sufficient evidence for this Court to decide the legal issues to be raised in a motion for summary judgment based on release. Part of the consideration for the third party's settlement with Plaintiff was confidentiality and not having to respond to discovery in any litigation related to the incident, by barring claims against any other potentially responsible parties. If this Court agrees with Glock Ges.m.b.H.'s arguments that the settlement agreement bars Plaintiff's claims against it, such decision will resolve all remaining claims in this case. An early motion for summary judgment is therefore in the interest of judicial economy.

Based on the above, Glock Ges.m.b.H. requests that discovery be stayed pending a decision on a motion for summary judgment based on release, if this Court grants leave to file such a motion. Staying discovery would save a substantial amount of time, money, and judicial

resources related to Plaintiff's product liability claims and damages issues that would not be relevant for purposes of the motion for summary judgment based on release. Staying discovery would also prevent the need for depositions of the third party that settled with Plaintiff and related individuals, and give the third party the benefit of its bargain with Plaintiff to avoid such discovery by fully compensating Plaintiff for the injuries he sustained in the incident.

## CONCLUSION

For the above reasons, Glock Ges.m.b.H. respectfully requests that this Court grant its <u>unopposed</u> motion for leave to file an early motion for summary judgment based on release while preserving its right to file a subsequent motion for summary judgment, if necessary, at the conclusion of discovery, stay all further discovery pending a decision on such motion, grant Plaintiff forty-five days to file his response in opposition to the motion for summary judgment, grant Glock Ges.m.b.H. thirty days to file a reply in further support of its motion for summary judgment, and grant such other relief as it deems just and proper.

DATED this 28th day of September, 2022.

**BOWMAN AND BROOKE LLP**

By: */s/ Amanda E. Heitz*
Paul G. Cereghini
Jeffrey C. Warren
Amanda E. Heitz

and

**RENZULLI LAW FIRM, LLP**
John F. Renzulli (*admitted pro hac vice*)
Christopher Renzulli (*admitted pro hac vice*)
Peter V. Malfa (*admitted pro hac vice*)
Scott C. Allan (*admitted pro hac vice*)

Attorneys for Defendant Glock Ges.m.b.H.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2022, I electronically transmitted the foregoing DEFENDANT GLOCK Ges.m.b.H.'S UNOPPOSED MOTION FOR LEAVE TO FILE AN EARLY MOTION FOR SUMMARY JUDGMENT BASED ON RELEASE AND STAY DISCOVERY PENDING A DECISION ON THE REQUESTED MOTION to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

John P. Torgenson, Esq.
Jon T. Drago, Esq.
TORGENSON LAW
333 W. Roosevelt St.
Phoenix, Arizona 85003
Telephone: (602) 759-0012
jtorgenson@torgensonlaw.com
jdrago@torgensonlaw.com

and

Jonathan E. Lowy, Esq. (*admitted pro hac vice*)
Thomas P. Lane, Esq.
BRADY
840 First Street, N.E., Suite 400
Washington, DC 20002
Telephone: (202) 370-8104
jlowy@bradyunited.org
tlane@bradyunited.org

*Attorneys for Plaintiff*

By: */s/Marcie Buchanan*