# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso, | No. CV-20-00523-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Glock GesmbH, et al., | |
| Defendants. | |

This matter, having come before the Court on Defendant Glock Ges.m.b.H.'s Unopposed Motion for Leave to File an Early Motion for Summary Judgment Based on Release and Stay All Discovery Pending a Decision on the Requested Motion (Doc. 86) and good cause appearing,

**IT IS ORDERED** that the Motion is granted.  Plaintiff shall have forty-five days after Glock Ges.m.b.H.'s motion for summary judgment based on release is filed to file his response in opposition.  Glock Ges.m.b.H. shall have thirty days after Plaintiff files his response in opposition to file a reply in further support of the motion.  All discovery is stayed pending a decision on the above motion and the deadlines in the June 8, 2022 Case Management Order (Doc. No. 83) are suspended.

…

…

…

…

If the motion for summary judgment does not result in the dismissal of this case in its entirety, the Court shall issue an amended case management order to govern the completion of additional discovery, expert reports, settlement discussions, and any other motions for summary judgment at the conclusion of the case.

Dated this 29th day of September, 2022.

_____
Honorable Susan M. Brnovich
United States District Judge