1
2
3
4

**IN THE UNITED STATES DISTRICT COURT**

5

**FOR THE DISTRICT OF ARIZONA**

6

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>                    Plaintiff,<br><br>  vs.<br><br>Glock, Inc., a Georgia Corporation; Glock GmbH, an Austrian Corporation; ABC Firearm Dealer Corporation; 123 Firearm Distributor Corporation, and DOES 1-50,<br><br>                    Defendants. | No. 2:20-cv-00523-SMB<br><br>**ORDER GRANTING MOTION TO FILE UNDER SEAL**<br><br><br>(Assigned to the Honorable Susan M. Brnovich) |

7
8
9
10
11
12

13      The Court having considered Defendant Glock Ges.m.b.H.'s Unopposed Motion for

14   Leave to File its Motion for Summary Judgment Under Seal (Doc. __) and for good cause

15   appearing,

16          **IT IS ORDERED** the Motion is **GRANTED**.

17          **IT IS FURTHER ORDERED** directing the Clerk to file Defendant Glock Ges.m.b.H.'s

18   Motion for Summary Judgment (Doc. __) and Separate Statement of Undisputed Fact under

19   seal.

20
21
22
23
24
25
26
27
28

22688263v1