# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,  | No. CV-20-00523-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Glock GesmbH, et al., | |
| Defendants. | |

The Court having considered Defendant Glock Ges.m.b.H.'s Unopposed Motion for Leave to File its Motion for Summary Judgment Under Seal (Doc. 88) and for good cause appearing,

**IT IS ORDERED** the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk to file Defendant Glock Ges.m.b.H.'s Motion for Summary Judgment and Separate Statement of Undisputed Fact under seal.

Dated this 28th day of November, 2022.

Honorable Susan M. Brnovich
United States District Judge