# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Glock Incorporated, et al.,<br><br>　　　　Defendants. | **NO. CV-20-00523-PHX-SMB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 31, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant Glick Ges.M.B.H. and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 31, 2023

　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　　　By　Deputy Clerk