# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Daniel Travieso,<br><br>   Plaintiff,<br><br>v.<br><br>Glock Incorporated, et al.,<br><br>   Defendants. | NO. CV-20-00523-PHX-SMB<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 31, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendant Glock Ges.M.B.H. and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

April 3, 2023

By   s/ Rebecca Kobza
     Deputy Clerk